MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone:  (707) 935-3205
Facsimile: (707) 935-7051
Email:    macclaw@macbarlaw.com

Attorneys for Appellee
BR Festivals, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Jason W. Johnson, et al, | ) | Case No. C-15-1667-JST |
| | ) | |
| Appellants, | ) | [Bankr. Case No.14-10175 AJ] |
| | ) | [Adv. Pro. No. 14-1024 AJ] |
| v. | ) | |
| | ) | |
| BR Festivals, LLC, | ) | **ORDER EXTENDING BRIEFING SCHEDULE** |
| | ) | |
| Appellee, | ) | |
| | ) | |

The parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED as follows:

1.     The current briefing schedule shall be modified as follows: the Appellant's Opening Brief shall be due on July 8, 2015, the Appellee's Answering Brief shall be due on July 29, 2015, and the Appellant's Reply Brief shall be due on August 12, 2015.

SO ORDERED

Dated:  May 14, 2015

_____
Jon S. Tigar
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

Order to Extend Briefing Schedule
Case No. C-15-1667-JST                                                                              Page 1