MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone:  (707) 935-3205
Facsimile: (707) 935-7051
Email:    macclaw@macbarlaw.com

Attorneys for Appellee
BR Festivals, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jason W. Johnson, et al | Case No. C-15-1667-JST |
| Appellants, | [Bankr. Case No.14-10175 AJ]<br>[Adv. Pro. No. 14-1024 AJ] |
| v. | |
| BR Festivals, LLC, | **ORDER STAYING BRIEFING SCHEDULE PENDING BANKRUPTCY COURT APPROVAL OF SETTLEMENT** |
| Appellee, | |

The parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED AS FOLLOWS:

1.     The current briefing schedule as set forth in Docket No. 6 shall be stayed, pending further Order of this Court.

2.     On or before August 31, 2015, the parties shall file either (a) a stipulation for withdrawal and dismissal of this appeal without prejudice or (b), in the event the bankruptcy court declines to authorize the settlement,  a proposed stipulated order setting forth a new

[Stipulation for  Order to Stay Briefing Schedule, etc.]

Case No. C-15-01667-JST                                                                                              Page 1

1  briefing schedule.

2  SO ORDERED

3  Dated:  June 2, 2015



28  [Stipulation for Order to Stay Briefing Schedule, etc.]

Case No. C-15-01667-JST                                                                                                    Page 2